PROB 12D
(6/05)

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 7 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Summons and Modification of the Conditions or Term of Supervision**

Name of Offender: William Ward Alexander-Durr    Case Number: 2:10CR00075-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson
                                  Chief U.S. District Judge

Date of Original Sentence: 4/19/2011      Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm      Date Supervision Commenced: June 6, 2013
and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 40 Months;      Date Supervision Expires: June 5, 2016
                    TSR - 36 Months

## PETITIONING THE COURT

The probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

18      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Presently, William Alexander-Durr is scheduled to release from Federal Bureau of Prisons' custody on June 6, 2013, however, he has refused to provide an approved release address. Given this information, the undersigned officer has been in contact with Mr. Alexander-Durr's case manager, who confirmed that he has refused to provide an approved release plan.

Subsequently, the undersigned officer attempted to facilitate Mr. Alexander-Durr's release to a Residential Reentry Center (RRC) until he can secure a release address. However, Mr. Alexander-Durr refused to sign the waiver of hearing to modify his conditions to include placement at an RRC.

Prob 12D
Re: Alexander-Durr, William Ward
May 7, 2013
Page 2

Given the above information, it is respectfully requested that Your Honor issue a summons requiring Mr. Alexander-Durr's appearance before Your Honor on or after June 6, 2013, to determine if the conditions of release should be modified as noted above.

I declare under penalty of perjury that the foregoing is true and correct.

by    s/Richard Law

Richard Law
U.S. Probation Officer
Date: May 7, 2013

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Summons
[ ]   Other

_Signature of Judicial Officer_

May 7, 2013
Date