PROB 12B
(7/93)

Report Date: June 12, 2013

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William Ward Alexander-Durr    Case Number: 2:10CR00075-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 4/19/2011    Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)    Date Supervision Commenced: 6/6/2013

Original Sentence: Prison - 40 Months;
TSR - 36 Months    Date Supervision Expires: 6/5/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

While in the custody for his original sentence, Mr. Alexander-Durr was unable to provide an approved release address. Subsequently, the undersigned officer attempted to facilitate placement at a Residential Reentry Center (RRC) upon his release. However, the offender refused to sign the required documentation.

On June 7, 2013, William Ward Alexander-Durr appeared before the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, on a summons to show cause why his terms of supervision should not be modified to include placement at an RRC. Given that he did not have an approved release address, he was taken into custody pending a hearing before Your Honor on June 18, 2013. In the interim the undersigned officer investigated multiple residences that Mr. Alexander-Durr proposed to release to. All of the proposed release locations have been denied. On June 11, 2013, the undersigned officer coordinated with Mr. Alexander-Durr's attorney to review the modification of conditions to include RRC placement.

Prob 12B
Re: Alexander-Durr, William Ward
June 12, 2013
Page 2

Mr. Alexander-Durr has now agreed to the above-noted modification to include placement at an RRC until he is able to secure an approved release address. Should Your Honor concur, please advise the undersigned officer and I will proceed accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/12/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

June 12, 2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To remove the following special condition of supervised release:

18  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____  Signed: _____
Richard Law                                      William Ward Alexander-Durr
U.S. Probation Officer                       Probationer or Supervised Releasee

_____
Date  6-11-13